**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Carlos Ezequiel A.P.,

Petitioner,

v.

David J. Venturella, *Acting Director of Immigration and Customs Enforcement*; Todd Blanche, *Attorney General*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

Respondents.

Case No. 26-cv-4279 (ECT/DJF)

**ORDER**

---

Upon reviewing the parties' submissions, the Court finds additional development of the record is necessary to assess Petitioner's claims. Respondents and Petitioner are each directed to produce the following by **October 22, 2026**:

1. All documents in each party's possession or control related to Petitioner's parole or release from United States Immigration and Customs Enforcement (ICE) or U.S. Border Patrol custody in July 2022, including any documents reflecting the duration of his parole, the conditions of his release, any bond paid, and the statutory and/or regulatory basis for his release;
2. All documents in each party's possession or control related to Petitioner's parole or release: (i.) after 60 days in the United States; (ii.) after Petitioner's August 2022 appearance before an ICE Deportation Office; and (iii.) after the expiration of Petitioner's humanitarian parole (*see* ECF No. 1-1 at 3; ECF No. 1-2 at 2), including any documents reflecting the duration

of his parole, the conditions of his release, any bond paid, and the statutory and/or regulatory basis for his release;

3. All documents in each party's possession or control related to Petitioner's participation in the Alternatives to Detention program; and

4. A declaration identifying:

   a. The party's position on whether Petitioner was paroled under the Alternatives to Detention program after his humanitarian parole expired or otherwise apart from that parole, along with any evidence supporting that position.

   b. The statutory and/or regulatory grounds, duration, any bond paid, and conditions for Petitioner's release or parole: (i.) after 60 days in the United States; (ii.) after Petitioner's August 2022 appearance before an ICE Deportation Office; and (iii.) after the expiration of Petitioner's humanitarian parole (*see* ECF No. 1-1 at 3; ECF No. 1-2 at 2).

Dated: October 16, 2026

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge